# Third District Court of Appeal

## State of Florida

Opinion filed September 22, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0186
Lower Tribunal Nos. 20-183 AP, 19-15058 SP
_____

**All Insurance Restoration Services, Inc., a/a/o Milagros Del Orbe Chacon,**
Appellant,

vs.

**Olympus Insurance Company,**
Appellee.



An Appeal from the County Court for Miami-Dade County, Elijah A. Levitt, Judge.

Giasi Law, P.A., and Melissa A. Giasi and Erin M. Berger (Tampa), for appellant.

Kelley Kronenberg, P.A., and Kimberly J. Fernandes (Tallahassee), for appellee.


Before LOGUE, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Restoration 1 of Port St. Lucie v. Ark Royal Ins. Co., 255 So. 3d 344, 348 (Fla. 4th DCA 2018) (holding that a provision of a property insurance policy requiring the consent of all insureds and the mortgagee before the insureds' rights may be assigned is enforceable).